UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GARRARD E. KINCAID,

        Petitioner,                              Case No. 1:07-cv-248

v.                                                  Honorable Gordon J. Quist

BLAINE LAFLER,

        Respondent.
_____/

## ORDER OF TRANSFER

        This is a habeas corpus proceeding brought by a state prisoner pursuant to 28 U.S.C. § 2254. On March 22, 2000, Petitioner was convicted in the Genesee County Circuit Court of possession of a controlled substance. He was sentenced to twenty months to eight years.

        Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows a petition to be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner is presently incarcerated at St. Louis Correctional Facility, located in Gratiot County. As set forth above, Petitioner was convicted in Genesee County. Genesee and Gratiot Counties both are located in the Eastern District of Michigan. 28 U.S.C. § 102(a). Venue, therefore, lies in that district, not in the Western District of Michigan.

        Accordingly, IT IS ORDERED that this case is hereby transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).


Dated: March 26, 2007                /s/ Hugh W. Brenneman, Jr.
                                                  Hugh W. Brenneman, Jr.
                                                  United States Magistrate Judge